# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  vs.<br><br>MARGARET JEAN NUNN,<br><br>                    Defendant. | CR 10-101-GF-BMM<br><br>**ORDER** |

Defendant has moved for an early termination of her supervised release under 18 U.S.C. § 3583(e)(1). The Government does not oppose the motion. (*See* Doc. 80 at 2). The Court conducted a hearing on the motion on July 24, 2017.

Defendant pleaded guilty to conspiracy to possess heroin with the intent to distribute on December 28, 2010. (Doc. 32). Defendant was sentenced on April 11, 2011, to 40 months of custody followed by four years of supervised release. (Doc. 43). Defendant began supervised release on January 4, 2013. Defendant's supervised release was revoked on March 4, 2014. (Doc. 71). Defendant was sentenced to seven months in custody, with 41 months of supervised release to follow. (Doc. 72). Defendant began her current term of supervised release on September 8, 2014. (Doc. 76 at 1). The record reflects that Defendant has complied with all of the conditions of her current term of supervised

release.  (*See* Doc. 80-1 at 2).  The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

    Accordingly, IT IS ORDERED:

1.    Defendant's Motion for Early Termination of Supervised Release (Doc. 80) is GRANTED.

2.    Defendant is DISCHARGED from supervised release.

DATED this 25th day of July, 2017.

_____
Brian Morris
United States District Court Judge